IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA JOHNSON-MOSELEY,  )  )  Plaintiff,  )  )  vs.  )  )  ALABAMA ADMINISTRATIVE  )  OFFICE OF THE COURTS, et. al.  )  )  Defendants.  ) | Civil Action No. 12-0184-CG-N |

# FINAL JUDGMENT

In accordance with the court's order entered this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendants, the Alabama Administrative Office of the Courts, the Juvenile Court of Mobile County, Alabama, Judge Edmond Naman, and Lawrence Battiste and against the plaintiff, Linda Johnson-Moseley.

**DONE and ORDERED** this 9th day of May, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE