IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA JOHNSON-MOSELEY, | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 12-0184-CG-N |
| | ) | |
| ALABAMA ADMINISTRATIVE | ) | |
| OFFICE OF THE COURTS, et. al. | ) | |
| | ) | |
|   Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the court's order entered this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendants, the Alabama Administrative Office of the Courts, the Juvenile Court of Mobile County, Alabama, Judge Edmond Naman, and Lawrence Battiste and against the plaintiff, Linda Johnson-Moseley.

    **DONE and ORDERED** this 9th day of May, 2013.

                                          /s/  Callie V. S. Granade
                                          UNITED STATES DISTRICT JUDGE