IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA JOHNSON-MOSLEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 12-0184-CG-N |
| ALABAMA UNIFIED JUDICIAL SYSTEM, ADMINISTRATIVE OFFICE OF COURTS, THE JUVENILE COURT OF MOBILE COUNTY, ALABAMA, HON. EDMOND NAMAN AND LAWRENCE BATTISTE | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Court's order entered this date granting Defendants' second motion for summary judgment, and those portions of the Order dated May 9, 2013, that survived the Eleventh Circuit's vacation and remand, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of defendants, **Alabama Unified Judicial System, Administrative Office of Courts, the Juvenile Court of Mobile County Alabama, Hon. Edmond Naman** and **Lawrence Battiste**, and against plaintiff, **Linda Johnson-Mosley,** and this case is hereby **DISMISSED with prejudice.**

**DONE and ORDERED** this 25th day of July, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE